## IIN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **KIMBERLY VAUGHN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No.: 6:21-00441-LSC** |
| **AUTO-OWNERS INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
|     **Defendants.** | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

COME NOW the Plaintiff Kimberly Vaughn and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) file this Notice of Dismissal Without Prejudice as to Plaintiffs' pending claims against Defendant Auto-Owners Insurance Company.

Defendant Auto-Owners Insurance Company has never filed or served any answer or any motion for summary judgment in this action. Plaintiffs are permitted dismiss Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i). None of the exceptions noted in Rule 41(a)(1)(A) applies to this context.

Accordingly, Plaintiffs are permitted to dismiss this action and Plaintiffs' claims as to Defendant without prejudice and without any order from the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal without prejudice as to the Defendant identified herein is effective as of the filing of this Notice. See <u>Matthews v. Gaither</u>, 902 F.2d 877, 880 (11th Cir. 1990) (*per curiam*) ("The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required.").

Respectfully submitted,

s/Robert O. Bryan
Robert O. Bryan (BRY022)
Nelson, Bryan & Cross
Attorneys for Plaintiff
P.O. Box 2309
Jasper, AL 35502
205-387-7777