FILED
2021 Apr-02  AM 08:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| Kimberly Vaughn, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 6:21-cv-00441-LSC |
| Auto-Owners Insurance Company, | ) | |
| Defendant. | ) | |

## ORDER

The Court acknowledges receipt of the plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a). This action is **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** on April 2, 2021.



L. Scott Coogler
United States District Judge

203323